No. 75-1476. Atchison, Topeka & Santa Fe Railway Co. et al. v. United States et al. Affirmed on appeal from D. C. E. D. Pa.

No. 75-1550. Vorbeck et al. v. McNeal et al. Affirmed on appeal from D. C. E. D. Mo. Mr. Justice Brennan, Mr. Justice Marshall, and Mr. Justice Powell would note probable jurisdiction and set case for oral argument.

No. 75-1326. Vice v. Ferguson et al. Appeal from Sup. Ct. Miss. dismissed for want of properly presented federal question. Mr. Justice Blackmun would dismiss appeal for want of substantial federal question.

No. 75-1553. United States Power Squadrons et al. v. Hinden et al. Appeal from Super. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75-1592. Davis v. Davis. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75-1649. Farnum v. Committee on Character and Fitness, Supreme Court of New York. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.